**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BSA Business Software Alliance, Inc., <br> dba BSA \| The Software Alliance <br> 20 F Street, NW, Suite 800 <br> Washington, DC 20001 <br>           Plaintiff, <br> v. <br> EventBuilder <br> 1220 SE Grand Avenue <br> Portland, OR 97214 <br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case Number: <br><br><br> **COMPLAINT FOR** <br> **BREACH OF CONTRACT** |

## COMPLAINT

Plaintiff, BSA Business Software Alliance, Inc., doing business as BSA | The Software Alliance ("BSA"), hereby makes this complaint for breach of contract, specifically a settlement agreement that BSA entered into with Defendant, EventBuilder, and seeks damages equal to the remaining amount due under the settlement agreement, court costs, attorney's fees, experts' fees and interest.

## PARTIES

1. BSA is a trade association of software publishers. BSA's software publisher members are in the business of developing and marketing a variety of software products.

2. Upon information and belief, EventBuilder is a company incorporated under Oregon law with a principal place of business in Portland, Oregon. EventBuilder is in the business of putting on virtual events including web conferences and has had over one-million attendees to its events.

26195766v1

## JURISDICTION AND VENUE

3. This Court has personal jurisdiction over the Defendant under the D.C. CODE § 13-423(a)(1), as this claim arises from EventBuilder "transacting … business in the District of Columbia."

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1332, as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00.

5. This Court has venue under 28 U.S.C. §1391(a)(2), as a substantial part of the events that give rise to BSA's claim occurred in the District of Columbia.

## STATEMENT OF FACTS

6. Based on investigation, BSA learned that (a) EventBuilder was, in the course of its business, using products developed and marketed by BSA's software publisher members (the "Computer Software Products") for which EventBuilder had not lawfully obtained a license, and (b) EventBuilder had made or permitted to be used copies of Computer Software Products that were made illegally and contrary to the terms and conditions of the relevant license agreements.

7. The dispute over EventBuilder's unlawful use of the Computer Software Products was settled by way of an agreement (the "Settlement Agreement") with an Effective Date of October 31, 2014 that required EventBuilder to pay a total of $122,500 to BSA.  (The Settlement Agreement is attached as Exhibit 1).  The Settlement Agreement, among other things, required EventBuilder to make payment to BSA of (a) $12,250.00 upon the parties' execution of the Settlement Agreement, which took place no later than November 3, 2014 (the "First Installment"), and (b) $110,250.00 by April 30, 2015, the six-month anniversary of the Effective Date (the "Second Installment").

8. The Settlement Agreement is a valid contract at law, supported by a mutual exchange of valuable consideration.

9. EventBuilder paid BSA the entire First Installment on November 14, 2014; however, EventBuilder failed to pay BSA the Second Installment on or before April 30, 2015.

10. On June 4, 2015, EventBuilder paid BSA $5,000.00.  Accordingly, EventBuilder still owes BSA $105,250.00 of the Second Installment.

11. The Settlement Agreement also provides as follows:

> 3.2.   Attorney's Fees.   In the event that legal action is brought to enforce the terms of this Agreement, the prevailing party in any such legal action or proceeding shall be entitled, in addition to any other rights and remedies it may have, to an award of the costs of the action, including an award of court costs, actual attorney's fees and experts' fees.

## COUNT I

## BREACH OF CONTRACT

12. BSA realleges and incorporates by reference all previous allegations as if fully set forth hererin.

13. BSA and EventBuilder entered into a valid contract when the Settlement Agreement was fully executed on November 3, 2014.

14. The Settlement Agreement created an obligation for EventBuilder to pay BSA the First Installment of $12,250.00 upon the parties' execution of the Settlement Agreement and to pay BSA the Second Installment of $110,250.00 by April 30, 2015.

15. EventBuilder's failure to pay BSA the full amount of the Second Installment by April 30, 2015 is a breach of Section 2.1 of the Settlement Agreement.

16. As a direct and proximate result of EventBuilder's breach of its duty to pay BSA the full amount of the Second Installment by April 30, 2015, BSA has suffered and will continue to suffer damage in the amount of: $105,250.00 (which reflects the amount due under the Second

Installment, less the $5,000.00 that EventBuilder paid BSA on June 4, 2015); the amount of interest on the full amount of the Second Installment ($110,250.00) from April 30, 2015 to June 4, 2015 and interest on that amount until the date it is paid; and interest on the remaining amount of the Second Installment ($105,250.00) from June 4, 2015 until the date it is paid.

## COUNT II

**AWARD OF COURT COSTS, ATTORNEY'S FEES, EXPERTS' FEES AND INTEREST**

17. BSA realleges and incorporates by reference all previous allegations as if fully set forth hererin.

18. If it prevails on Count I, BSA is entitled to recover its costs of this action, including court costs, actual attorney's fees and experts' fees pursuant to Section 3.2 of the Settlement Agreement.

19. BSA requests that the Court enter an order requiring EventBuilder to pay BSA's court costs, actual attorney's fees, and any experts' fees incurred in this litigation, plus interest, in an amount to be assessed at the conclusion of the proceedings.

## PRAYER FOR RELIEF

WHEREFORE, BSA demands judgment against EventBuilder for:

(a) damages for breach of the Settlement Agreement in the amount of $105,250.00;

(b) damages in the amount of interest on the full amount of the Second Installment, $110,250.00, from April 30, 2015 to June 4, 2015 and interest on that amount until it is paid;

(c) damages in the amount of interest on the remaining amount of the Second Installment, $105,250.00, from June 4, 2015 until it is paid;

(d) court costs, actual attorney's fees and experts' fees incurred in this litigation;

(e) interest on those costs and fees; and

(f) any other relief to which it is entitled.

5

Respectfully submitted,


/s/ Charles I. Hadden
Charles I. Hadden
DC Bar #277855
Tel: 202.662.2025
Fax: 202.654.5816
chuck.hadden@troutmansanders.com
Clarence Y. Lee
DC Bar #494830
Tel: 202.662.2021
Fax: 202.654.5826
clarence.lee@troutmansanders.com
Troutman Sanders LLP
401 Ninth Street, N.W. Suite 1000
Washington, D.C. 20004-2134

*Attorneys for Plaintiff*
*BSA Business Software Alliance, Inc.*

Dated August 13, 2015